**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

NICHOLAS SHANTA SWIFT,
ADC #191588                                                                                    PLAINTIFF

v.                                                    5:19-cv-00174-DPM-JJV

DUSTY DODSON, Jail Administrator,
Dallas County Detention Center, et al.                                       DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District D. P. Marshall Jr.    Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection.    If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.    An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.    The copy will be furnished to the opposing party.    Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.        Why the record made before the Magistrate Judge is inadequate.

2.        Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

1

3.      The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy or the original of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing.   Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

### I.    ANALYSIS

On May 20, 2019, Nicholas Shanta Swift ("Plaintiff") filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983, an Application to Proceed *In Forma Pauperis* ("IFP Application"), and a blank Calculation Sheet.  (Doc. Nos. 1 & 2).   On May 23, 2019, I issued an Order explaining the information requested on the Calculation Sheet was required to determine whether Plaintiff was entitled to proceed *in forma pauperis* and, if so, the amount of his initial partial filing fee.   (Doc. No. 3.)   I then denied Plaintiff's IFP Application as incomplete; gave him thirty (30) days to either pay the filing fee in full or file a properly completed IFP Application and Calculation Sheet; provided him with the necessary forms; and cautioned him I would recommend dismissal if he failed to timely comply with my instructions.   (*Id.*)   On June 11, 2019, my Order was returned undeliverable because Plaintiff is no longer in the Dallas County Detention Center, and he has not provided the Clerk with a current address.   (Doc. No. 4.)

Plaintiff's time to comply with the May 23, 2019 Order has expired. Without a current address, it would be futile to enter an Order giving him an extension of time to comply with my

2

instructions.   Thus, I recommend the Complaint be dismissed without prejudice due to a lack of prosecution.   *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

## II.    CONCLUSION

IT IS, THEREFORE, RECOMMENDED THAT:

1.    The Complaint (Doc. No. 2) be DISMISSED without prejudice.

2.    The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 26th day of June 2019.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE