# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

NICHOLAS SHANTA SWIFT
ADC #191588                                                              PLAINTIFF

v.                              No. 5:19-cv-174-DPM

DUSTY DODSON, Jail Administrator,
Dallas County Detention Center;
ORLANDO BREWER, Police/Intake
Officer, Fordyce Police Department; and
JOHN JONES, Officer, Dallas County
Detention Center                                                       DEFENDANTS

## ORDER

Swift hasn't responded; his mail is still being returned undelivered. № 6. Unopposed recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Swift's complaint will be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2) An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

29 July 2019