IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NICHOLAS SHANTA SWIFT
ADC #191588                                                              PLAINTIFF

v.                           No. 5:19-cv-174-DPM

DUSTY DODSON, Jail Administrator,
Dallas County Detention Center;
ORLANDO BREWER, Police/Intake
Officer, Fordyce Police Department; and
JOHN JONES, Officer, Dallas County
Detention Center                                                         DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 July 2019